FILED BY ____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN -6 AM 6: 48

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ROBERT FULTON HUMPHREY,

    Petitioner,

Case No.: 04-2585 D

v.

T. C. OUTLAW,

    Respondent.

---

ORDER DENYING MOTION FOR RECONSIDERATION

---

    Before the court is Petitioner's motion for reconsideration of the Court's March 28, 2005 order dismissing his case. Upon review of the motion and the case file as a whole, the Court finds that Petitioner has not stated cause for relief.

    Accordingly, the motion is summarily DENIED.

    **IT IS SO ORDERED** this ___3rd___ day of ___June___, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-6-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02585 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Robert Fulton Humphrey
FCI-MEMPHIS
14399-076
P.O. Box 34550
Memphis, TN 38184--055

Honorable Bernice Donald
US DISTRICT COURT